*Friday, September 12, 1997*

## MOTION DOCKET

**97–1101. In re Appeal of Citywide Ambulance Serv., Inc. v. Ohio Dept. of Human Serv.**
Franklin App. No. 96APE08–1119. This cause is pending before the court as a discretionary appeal. Upon consideration of the joint motion for extension of stay pending execution of settlement agreement,

IT IS ORDERED by the court that the motion for extension of stay pending execution of settlement agreement be, and hereby is, granted, for an additional ten days from the date of this entry.

**97–1673. State ex rel. Beacon Journal Publishing Co. v. Whitmore.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and/or prohibition. Upon consideration of relators' request for expedited consideration pursuant to S.Ct.Prac.R. X(5),

IT IS ORDERED by the court, *sua sponte*, that relators' prohibition claim be, and hereby is, dismissed.

IT IS FURTHER ORDERED by the court, *sua sponte*, that an alternative writ of mandamus be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X(7) and (8):

The parties shall file any evidence they intend to present within twenty days from the date of this entry; relators shall file their brief within ten days after the filing of evidence; respondent shall file her brief within twenty days after the filing of relators' brief; and relators may file a reply brief within five days after the filing of respondent's brief.

LUNDBERG STRATTON, J., would not expedite this cause.

**97–1876. State ex rel. Gannett Satellite Information Network, Inc. v. Petro.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's motion for expedited consideration and pursuant to S.Ct.Prac.R. X(5),

IT IS ORDERED by the court, *sua sponte*, that an alternative writ of mandamus be, and hereby is, granted.

DOUGLAS, J., not participating.

IT IS FURTHER ORDERED by the court that the following expedited briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X(7) and (8):

The parties shall file any evidence they intend to present on or before September 16, 1997, and shall file their merit briefs within seven days after the filing of evidence. No responsive briefs shall be permitted.

DOUGLAS, J., not participating.

## MISCELLANEOUS DISMISSALS